UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Kim Molenhour, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.*[1]   No. 3:11-cv-10070-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 30, 2014 (Kim Molenhour) and January 8, 2015 (Kelly Kulakowski), the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


BY:   /s/*Cheryl A. Ritter*
      **Deputy Clerk**

**Dated:**  January 8, 2015

David R. Herndon
2015.01.08
16:55:40
-06'00'

**APPROVED:**
  **U.S. DISTRICT JUDGE**
  **U. S. DISTRICT COURT**

---

[1] This stipulation applies only to plaintiff.